[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-13356
Non-Argument Calendar

_____

D.C. Docket No. 0:12-cr-60064-JIC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN BRENNAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 6, 2017)

Before JULIE CARNES, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Paul Petruzzi, appointed counsel on appeal for Kevin Brennan in this appeal from the denial of Brennan's *pro se* Rule 33 motion for new trial, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Additionally, Brennan, *pro se*, has filed a "motion for bond pending appeal in response to prior motion to withdraw," which is, in essence, a motion for immediate release. First, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Second, Brennan has shown no reason that he is entitled to release from prison, rather, he has argued only that he should be released so that he can litigate the present appeal. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, the denial of Brennan's motion for new trial is **AFFIRMED**, and Brennan's motion for immediate release is **DENIED**.